IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-02-00269-CR

 

Rodrick Lanier Tillman,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the Criminal District Court

Jefferson County, Texas

Trial Court # 84152

 



MEMORANDUM 
Opinion










 

       Roderick Lanier Tillman
was convicted of aggravated robbery.  He
pled guilty under a plea agreement and was placed on deferred adjudication
community supervision.  Shortly
thereafter, he pled true to alleged violations of the conditions of supervision
and the court revoked supervision and assessed twenty years in prison.

                                                  Anders Brief








      Tillman=s counsel on appeal filed an Anders brief.  See Anders v. California, 386 U.S. 738, 744,
87 S. Ct. 1396, 1400, 18 L. Ed. 2d 493 (1967). 
We now decide Awhether the case is . .
. frivolous@ as claimed by counsel.  See
Taulung v. State, 979 S.W.2d 854, 855 (Tex. App.CWaco 1998, no pet.).  In the
brief, counsel considers issues relevant to an appeal of a proceeding where the
defendant pled guilty, was placed on community supervision, pled true on a
motion to revoke, and was sentenced accordingly.  Counsel's brief also contains references to
the record, applicable statutes, rules, and cases, and discusses why counsel
concludes that the appeal is frivolous.  See
Sowels v. State, 45 S.W.3d 690, 691 (Tex. App.—Waco 2001, no
pet.).  Counsel provided Tillman a copy
of the brief and advised him of his right to file a pro se brief or other
response.  See id.  Tillman has not
filed a response.

We have independently reviewed the record and agree that there are no
issues Awhich might arguably support an appeal.@  Id. at 692.  Because we are affirming
the judgment and sentence, counsel must advise Tillman of the result of this
appeal and of his right to file a petition for discretionary review.  Id. at 694; see also Ex parte Wilson, 956 S.W.2d 25, 27
(Tex. Crim. App. 1997).








                                                   Conclusion

We affirm the judgment of the trial court.

 

 

BILL VANCE

Justice

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Judgment affirmed

Opinion delivered and filed August 4, 2004

Do not publish

[CR25]